UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR - 5 2007

J T NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| SANDRA MANGUM | PLAINTIFF |
| vs. | CIVIL ACTION NO. 3:06cv701-TSL-DPJ-JCS |
| CATO CORPORATION and KROGER CORPORATION | DEFENDANTS |

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm has now appeared on behalf of the Cato Corporation. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the ___5th___ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE