UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SANDRA MANGUM                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:06CV701TSL-JCS

KROGER CO.                                                       DEFENDANT

## JUDGMENT

This action came on for trial before the court and a jury, Tom. S. Lee, Senior United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Sandra Mangum, take nothing, and that the action be dismissed on the merits.

ORDERED AND ADJUDGED this the 13th day of February, 2009.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE